Brian Miller
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 North Last Chance Gulch
Helena, MT  59601
406-442-3261 Phone
406-443-7294 Fax
bmiller@mswdlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HEATHER AND COLTON MORRIS, Individually and on behalf of their Minor Children, J.M., W.M., and M.M., <br><br>Plaintiffs, <br><br>v. <br><br>LUMBER LIQUIDATORS, INC <br><br>Defendant. | Case No. 6:16-cv-00093-CCL <br><br>**MOTION FOR REMAND** |

COME NOW Plaintiffs, Heather and Colton Morris and move this Court, pursuant to 28 U.S.C. § 1447, to remand this matter to Montana State District Court, in front of the Hon. Loren Tucker, in cause No. DV-2015-88, Fifth Judicial District Court.

This motion is supported by an accompanying brief and Stipulation.

1

Pursuant to L.R. 7.1(c)(1), undersigned counsel has conferred with opposing counsel regarding this motion.  Opposing counsel **does object** to this motion

RESPECTFULLY SUBMITTED this 27th day of September, 2016

                    /s/ Brian J. Miller
By: _____
                    Brian Miller

                    MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
                    Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served upon the following counsel of record, by ECM/CF, this 27th day of September, 2016

Gary L. Walton, Esq.
GARY L. WALTON, PLLC
8 West Park St., Suite 401
P.O. Box 4248
Butte, Montana 59702-4248
garylwaltonpllc@gmail.com

*Attorneys for Lumber Liquidators, Inc.*

                    /s/ Brian J. Miller
By: _____
                    Brian J. Miller