**FILED**

AUG - 1 2016

MARILYN A. CRAFT Court Clerk
_____Deputy

**MONTANA FIFTH JUDICIAL DISTRICT COURT, JEFFERSON COUNTY**

**FILED**

SEP 2 8 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| HEATHER AND COLTON MORRIS, individually and on behalf of their Minor children, J.M., W.M. and M.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>Defendant. | Cause No. DV-2015-88<br>CV-16-93-H-CCL<br><br>**ORDER FOR SCHEDULING CONFERENCE** |

Plaintiffs filed a complaint. Defendant filed an answer. Plaintiffs have requested a telephonic scheduling conference be held.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. On August 17, 2016 at 11:30 a.m. counsel for Plaintiffs shall initiate a telephonic conference call including counsel for Defendant and the Court Administrator, Diane Kaatz, at (406) 843-4235 to confer and to determine scheduling dates including deadlines for discovery, witness disclosure (both fact and opinion), mediation, exchange of exhibit lists and exhibits, pre-trial motions and for a pre-trial conference date.

2. Counsel need to be deliberate in consideration of deadlines because an amendment or extension to the scheduling order is not at all likely.

3. The Clerk of Court will please file this Order and distribute a copy to all parties.

Dated: July 26, 2016.

LOREN TUCKER
District Judge

c: Brian J. Miller
   Gary L. Walton